## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 618 | **DATE** | 1/20/12 |
| **CASE TITLE** | Laydon v. Daniels, et al | | |

**DOCKET ENTRY TEXT:**

Status hearing set for 1/24/12 is re-set to 2/8/12 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy | mf |
|---|---|---|